UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VANESSA FONTAINE, individually and as mother and natural guardian of K.V.S., an infant,

                Plaintiff,

   v.

SEAN VINCENT SYKES,

                Defendant.

No. 21-CV-8167 (KMK)

CALENDAR NOTICE

---

KENNETH M. KARAS, United States District Judge:

    Please take notice that the above-captioned action has been scheduled for a hearing on the Proposed Infant Compromise Order before the Honorable Kenneth M. Karas on May 17, 2022 at 2:00pm in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Dated:   April 19, 2022
         White Plains, New York

                                                KENNETH M. KARAS
                                                United States District Judge